UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:                                                                          Bankr. Case No. 23-11279-JDW

Antoney Alexander                                                                Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:  Bankr. Case No. 23-11279-JDW

Antoney Alexander  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 11, 2023 :

| | |
|---|---|
| Robert Hudson Lomenick, Jr.<br>P.O. Box 417<br>Holly Springs, MS 38635 | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx78946 / 1072577