# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN

| | |
|---|---|
| In re: | ) |
| | ) |
| **ANTONEY ALEXANDER,** | ) Case No. 23-11279-JDW |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of PNC Bank, National Association, successor to PNC Equipment Finance, LLC (the "**Creditor**" and/or "**PNC**"). The undersigned submits this *Notice of Appearance and Request for Service* and requests notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 3017, 9007, and 9010, 11 U.S.C. § 342 (if applicable), and any and all related sections of the Bankruptcy Code. All notices and papers in this case shall be served upon the following:

> Andrew P. Cicero, III
> **BURR & FORMAN LLP**
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Tel: (205) 251-3000 / Fax: (205) 458-5100
> Email: acicero@burr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation: the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and

50840444 v2

howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of All Papers and Pleadings* shall not be deemed or construed to be a waiver of the rights of the Creditor (i) to have final orders in any non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  May 17, 2023.

        Respectfully submitted,

        /s/ Andrew P. Cicero, III
        Andrew P. Cicero, III
        Miss. Bar No. 106223
        BURR & FORMAN LLP
        420 N 20th Street, Suite 3400
        Birmingham, Alabama  35203
        Phone:     (205) 251-3000
        Fax:         (205) 458-5100
        Email:      acicero@burr.com

        *Counsel for PNC Bank, National Association, successor to PNC Equipment Finance, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of May 2023, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties requesting electronic service:

Robert Hudson Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635
robert@northmsbankruptcy.com

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211
ecf_lbarkley13@barkley13.com

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

                                            */s/ Andrew P. Cicero, III*
                                            OF COUNSEL